IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN R. FISHER**                                                                                       **PLAINTIFF**
ADC #176797

V.                                    NO. 4:22-cv-00386-LPR-ERE

**LOUIS C. SKINNER**, *et al*.                                                              **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin, along with objections filed by Mr. Fisher. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Fisher's claims are DISMISSED without prejudice for failure to state a viable claim. The Court recommends that this dismissal constitute a "strike" and certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 7th day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE