IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN R. FISHER**     **PLAINTIFF**
**ADC #176797**

V.     NO. 4:22-cv-00386-LPR-ERE

**LOUIS C. SKINNER,** *et al.*     **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that all claims brought in this case are DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal of this Judgment or the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 7th day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE